IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ADELL ADAMS**  **PLAINTIFF**

v. No. 2:13-cv-74-DPM

**EVERGREEN PACKAGING, INC. and**
**JOHN DOES 1–3**  **DEFENDANTS**

### ORDER

Joint motion to dismiss based on settlement, № 30, granted. The Court retains jurisdiction to resolve disputes about the settlement agreement until 31 December 2015.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 December 2014