# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**ADELL ADAMS**                                                      **PLAINTIFF**

v.                                        **No. 2:13-cv-74-DPM**

**EVERGREEN PACKAGING, INC. and**
**JOHN DOES 1–3**                                          **DEFENDANTS**

## JUDGMENT

Adams's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

19 December 2014